

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-15-00009-CV

DENNIS RAYNER AND JOE TEX XPRESS, INC., Appellant

V.

KRISTA DILLON, Appellee

On Appeal from the 62nd District Court
Hopkins County, Texas
Trial Court No. CV40921

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

The clerk's record in this appeal was filed March 11, 2015, and the reporter's record was filed June 17, 2015, making the appellants' brief due July 17, 2015. After requesting and receiving an extension of time, the appellants filed their brief August 17, 2015, making Dillon's brief due September 16, 2015. This deadline was extended twice by this Court on the motions of Dillon's counsel, resulting in the most recent due date of November 16, 2015. Counsel has now filed a third motion seeking an extension of Dillon's briefing deadline.

We have reviewed counsel's third motion to extend time as well as the appellate record in this case, and we find no compelling information to convince us that a third extension of the filing deadline is warranted. Consequently, counsel's third motion to extend time to file Dillon's appellate brief is overruled.

We order counsel to file Dillon's appellate brief with this Court on or before December 7, 2015.

IT IS SO ORDERED.

                                        BY THE COURT

Date: November 17, 2015